IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| GREGORY LUCAS AND CARMAN DURHAM,<br><br>                Plaintiffs,<br><br>vs.<br><br>K.O.A. RESIDENTIAL COMMUNITY et al.,<br><br>                Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No.  2:06CV992 DAK |

      This case was assigned to United States District Court Judge Dale A. Kimball, who then referred it to United States Magistrate David Nuffer under 28 U.S.C. § 636(b)(1)(B).  On December 12, 2007, the Magistrate Judge issued a Report and Recommendation, recommending that the court grant Defendants' Motion for Summary Judgment.

      Plaintiffs have not filed an objection to the Report and Recommendation, and the time for doing so has passed.  After having reviewed the file *de novo*, the court hereby APPROVES AND ADOPTS the Magistrate Judge's Report and Recommendation in its entirety.  Accordingly, Plaintiffs' action is DISMISSED, and this case is now closed.  The parties are to bear their own costs.

      DATED this 4th day of January, 2008.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge